UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edwin Hardeman

Plaintiff(s),

v.

Monsanto Company and John Does 1-50

Defendant(s).
_____/

Case No. 3:16-cv-000525-VC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/12/2016

/s/ Edwin Hardeman
[Party] Plaintiff

Dated: 4/12/2016

/s/ Aimee H. Wagstaff
[Counsel] Aimee H. Wagstaff