UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HARDEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSANTO COMPANY,<br><br>　　　　Defendant. | Case No. 16-cv-00525-VC<br><br>**SCHEDULING ORDER** |
| ELAINE STEVICK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MONSANTO COMPANY,<br><br>　　　　Defendant. | Case No. 16-cv-02341-VC |

The following schedule will govern Phase I in these related cases:

July 15, 2016: Monsanto completes non-custodial production and provides privilege log.

August 1, 2016: Monsanto begins custodial file production.

October 4, 2016, 2:30 pm: Further case management conference (telephonic).

October 15, 2014: Monsanto completes custodial file production and provides privilege logs.

December 9, 2016: Depositions of non-experts completed.

January 9, 2017: Plaintiffs' expert reports due.

January 23, 2017: Defendants' expert reports due.

February 6, 2017: Plaintiffs' rebuttal expert reports due.

March 1, 2017: Close of expert discovery.

March 15, 2017: Monsanto's motion for summary judgment and Daubert motions due (one brief, 40 pages).

April 5, 2017: Oppositions (and cross motions, if any) due (one consolidated brief per plaintiff, 30 pages each).

April 19, 2017: Monsanto's reply (and opposition to cross motions, if any) due (one consolidated brief, 50 pages).

April 28, 2017: Replies due (one consolidated brief per plaintiff, 30 pages each).

Week of May 8, 2017: Possible live testimony from expert witnesses.

May 11, 2017: Oral argument on motions for summary judgment and Daubert motions.

**IT IS SO ORDERED.**

Dated: June 24, 2016

_____
VINCE CHHABRIA
United States District Judge