UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HARDEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | Case No. 16-cv-00525-VC |
| ELAINE STEVICK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | Case No. 16-cv-02341-VC<br><br>**ORDER REGARDING POSSIBLE APPOINTMENT OF AN INDEPENDENT EXPERT** |

    In their next set of case management statements (due September 27, 2016), the parties in each of these two related cases should discuss whether the Court should appoint an independent expert, at the parties' shared expense, to assist the Court in understanding the technical issues in these cases.

    **IT IS SO ORDERED.**

Dated: July 20, 2016

_____
VINCE CHHABRIA
United States District Judge