UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HARDEMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>MONSANTO COMPANY,<br><br>        Defendant. | Case No. 16-cv-00525-VC<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 9 members of the jury in the above-entitled matter beginning **February 25, 2019 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 4, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: February 21, 2019

_____
VINCE CHHABRIA
United States District Judge