UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 111: ORDER REQUESTING FURTHER INFORMATION ON DRS. BENBROOK AND WELCH** |

It appears from the briefs and Dr. Benbrook's expert report that the plaintiffs propose to use Dr. Benbrook to present opinions on virtually every aspect of their case during Phase 2. To the extent that is what they intend, his testimony is excluded. If the plaintiffs wish to have Dr. Benbrook present a narrower opinion or opinions, they should file a 5-page brief by 10:00 a.m. on Thursday, March 14, 2019, articulating with much greater precision the specific opinions they propose for Dr. Benbrook to offer, including page citations to the sections in his report where those opinions were disclosed.

In addition, by 10:00 a.m. on March 14, 2019, Monsanto should file both Dr. Connie Welch's report and a letter explaining whether it intends to call Dr. Welch as a witness in the event that Dr. Benbrook does not testify.

**IT IS SO ORDERED.**

Date: March 13, 2019

_____
Honorable Vince Chhabria
United States District Court