UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 112:**<br>**ORDER RE DESIGN DEFECT JURY INSTRUCTION** |

      The Court does not understand how Monsanto intends to present a defense to Mr. Hardeman's design defect claim under its proposed risk-benefit theory, and it is therefore difficult to anticipate how the risk-benefit test would operate at trial. Accordingly, by 10:00 a.m. on March 14, 2019, Monsanto is directed to file a 2-page brief summarizing what it would argue to the jury were the risk-benefit test to apply.

      **IT IS SO ORDERED.**

Date: March 13, 2019

                                                                             Honorable Vince Chhabria
                                                                           United States District Court