**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | **MONSANTO COMPANY'S NOTICE OF FILING OF DOCUMENTS PREVIOUSLY FILED ON THE MDL DOCKET** |

Please take notice that Monsanto Company ("Monsanto") hereby submits this Notice of Filing of *Hardeman*-specific documents that were previously filed on the general MDL docket 2471 between March 7 and March 21, 2019.

- 1 -

A list of the documents that will be re-filed today in the *Hardeman*-specific docket is below:

1) **ECF No. 2934**: Letter from Brian L. Stekloff re: Arber, with Attachments A-G.  Filed and Entered on 3/7/2019 on the MDL docket.

2) **ECF No. 2935**: Trial Brief re: Inapplicability of Consumer Expectations Test, with Attachments 1-3.  Filed and Entered on 3/7/2019 on the MDL docket.

3) **ECF No. 2975**: Motion for Directed Verdict.  Filed and Entered on 3/12/2019 on the MDL docket.

4) **ECF No. 2980**: Stipulation re: Deposition Testimony as Court Exhibits.  Filed and Entered on 3/13/2019 on the MDL docket.

5) **ECF No. 2990**: Letter from Brian L. Stekloff re: Connie Welch, with Attachment 1.  Filed and Entered on 3/14/2019 on the MDL docket.

6) **ECF No. 2991**: Letter from Brian L. Stekloff re: Design Defect.  Filed and Entered on 3/14/2019 on the MDL docket.

7) **ECF No. 2996**: Letter from Brian L. Stekloff re: Design Defect Claim.  Filed and Entered on 3/14/2019 on the MDL docket.

8) **ECF No. 3000**: Proposed Jury Instructions by Monsanto Company Phase 2.  Filed and Entered on 3/14/2019 on the MDL docket.

9) **ECF No. 3092**: Proposed Jury Instructions by Monsanto Company.  Filed and Entered on 3/19/2019 on the MDL docket.

Executed this 22nd day of March 2019.

/s/ *Eric G. Lasker*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 3 -

MONSANTO COMPANY'S NOTICE OF FILING OF DOCUMENTS PREVIOUSLY FILED ON MDL DOCKET
3:16-cv-0525-VC