UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **PRETRIAL ORDER NO. 145: JUDGMENT** |

This action having come for trial before this Court and jury and the issues having been tried and the jury having duly rendered its verdict on March 27, 2019,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Edwin Hardeman, shall recover from the Defendant, Monsanto Company, the following sums for compensatory damages:

| | |
|---|---|
| (a) Past economic loss for Edwin Hardeman | $200,967.10 |
| (b) Past noneconomic loss for Edwin Hardeman | $3,066,667.00 |
| (c) Future noneconomic loss for Edwin Hardeman | $2,000,000.00 |
| **TOTAL COMPENSATORY DAMAGES:** | $5,267,634.10 |

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, Edwin Hardeman, shall recover from the Defendant, Monsanto Company, $75,000,000.00 in punitive damages. Thus, the total judgment in this case pending determination of awardable costs is **$80,267,634.10.**

**IT IS FURTHER ORDERED THAT** Defendant, Monsanto Company, shall pay interest upon this judgment at the federal interest rate governed by 28 U.S.C. § 1961, and shall

pay for recoverable court costs incurred in this action by the Plaintiff as determined by this Court following submission by Plaintiff of his bill of costs.

Execution may issue for all judgment amounts, interests, and costs thirty (30) days after entry of the judgment.

**IT IS SO ORDERED.**

Dated: May 3, 2019

_____

VINCE CHHABRIA
United States District Judge