UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **ORDER RE BILL OF COSTS** |
| | Dkt. No. 3804 |

The plaintiffs are ordered to submit a hard copy of the bill of costs for *Hardeman v. Monsanto*, 3:16-cv-00525-VC, to the Court by 12:00 p.m. on May 21, 2019.

**IT IS SO ORDERED.**

Date: May 20, 2019

_____
Honorable Vince Chhabria
United States District Court