UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto*, 3:16-cv-00525-VC | **ORDER RE TRIAL SLIDES** |

By 5:00 p.m. on June 5, 2019, the parties are ordered to file their slides from Phase 1 closing statements and Phase 2 opening and closing statements.

**IT IS SO ORDERED.**

Date:   June 3, 2019

Honorable Vince Chhabria
United States District Court