UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 172: DENYING PENDING MOTIONS TO SEAL**<br><br>Re Case 16-md-02741-VC, Dkt. Nos. 2413, 2414, 2415, 2416, 2421, 2478, 2491, 2493, 2495, 2524, 2528, 2558, 2587, 2606, 2608, 2609, 2703, 2862<br><br>Re Case 16-cv-00525-VC, Dkt. No. 143 |

As previously explained, the Court is of the view that all pending motions to seal should be denied and all items on the docket for which a motion to seal is pending should be unsealed. *See* Pretrial Order No. 168, Dkt. No. 4655. The parties were given 14 days to file a response if they were in disagreement with this course of action, and no party filed a response. Accordingly, all pending motions to seal are denied, and the items on the docket are unsealed.

**IT IS SO ORDERED.**

Dated: August 8, 2019

VINCE CHHABRIA
United States District Judge