# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 173: CORRECTION TO PRETRIAL ORDER NO. 172** |
| | Re: Dkt. No. 4764 |

In light of Monsanto's response at Dkt. No. 4764, the pending motions to seal are moot insofar as they request the sealing of the items on the docket listed in Exhibit 1, Dkt. No. 4764-1. Those items listed in Exhibit 1 will remain under seal because they have since been replaced with documents redacted in a manner consistent with the Court's sealing orders. *See* Dkt. No. 2791.

**IT IS SO ORDERED.**

Dated: August 13, 2019

VINCE CHHABRIA
United States District Judge