FILED

DEC 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWIN HARDEMAN,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>MONSANTO COMPANY,<br><br>   Defendant-Appellant. | No. 19-16636<br><br>D.C. No. 3:16-cv-00525-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| EDWIN HARDEMAN,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>MONSANTO COMPANY,<br><br>   Defendant-Appellee. | No. 19-16708<br><br>D.C. No. 3:16-cv-00525-VC<br>Northern District of California,<br>San Francisco |

Before: Peter L. Shaw, Appellate Commissioner.

 Monsanto Company's unopposed motion for leave to file a 19,271-word first brief on cross-appeal (Docket No. 26) is granted.

 Monsanto Company's unopposed motion to file under seal Volume 12 of the excerpts of record (Docket Entry No. 25) is granted as follows. Monsanto

Company states that the Volume 12 exhibits were filed in redacted form in the district court pursuant to the district court's instructions. Within 14 days after the date of this order, Monsanto Company shall submit for public filing in this court a redacted version of Volume 12. The Clerk shall file under seal the unredacted version of Volume 12, and shall publicly file the motion to file under seal, the first brief on cross-appeal, Volumes 1 through 11 of the excerpts of record, and the redacted version of Volume 12.

The motions of California Medical Association, California Dental Association, and California Hospital Association to file an amici curiae brief (Docket Entry No. 34) and to file an amici curiae brief exceeding the word limit (Docket Entry No. 41), along with any responses thereto, are referred for resolution to the panel that will consider the merits of the case. Within 7 days after the date of this order, amicus curiae is ordered to file 6 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the court's website at http://www.ca9.uscourts.gov/forms/. The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box

193939, San Francisco, CA 94119-3939.  The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

The existing briefing schedule remains in effect.