|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 22 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EDWIN HARDEMAN,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>MONSANTO COMPANY,<br><br>    Defendant-Appellant. | No.   19-16636<br><br>D.C. Nos.   3:16-cv-00525-VC<br><br>               3:16-md-02741-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| EDWIN HARDEMAN,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>MONSANTO COMPANY,<br><br>    Defendant-Appellee. | No.   19-16708<br><br>D.C. Nos.   3:16-cv-00525-VC<br><br>               3:16-md-02741-VC |

Before: Peter L. Shaw, Appellate Commissioner

    Appellee Edwin Hardeman's motion (Docket Entry No. 57) to file an oversized second cross-appeal brief is granted.

    The Clerk shall file the second cross-appeal brief submitted at Docket Entry No. 58.

    California Rural Legal Assistance Foundation, Farmworker Association of Florida, Farmworker Justice, Migrant Clinicians Network, and Pesticide Action

GS / AC / 04/20/2020/Pro Mo

Network's unopposed motion (Docket Entry No. 59) for an extension of time to file their amicus brief is granted.

The Clerk shall file the amicus brief of California Rural Legal Assistance Foundation, Farmworker Association of Florida, Farmworker Justice, Migrant Clinicians Network, and Pesticide Action Network submitted to the court at Docket Entry No. 72.

Environmental Working Group's unopposed motion (Docket Entry No. 60) for an extension of time to file its amicus brief is granted.

The Clerk shall file the amicus brief of Environmental Working Group submitted at Docket Entry No. 73.

Appellant Monsanto's motion (Docket Entry No. 77) for an extension of time to file the third cross-appeal brief is granted.

The third cross-appeal brief is due June 1, 2020.  The fourth cross-appeal brief is due within 21 days after service of the third cross-appeal brief.