# ANDRUS ⚜ ANDERSON LLP

September 15, 2021

**<u>Via US Mail and Email</u>**

Susan Y. Soong, Clerk of Court
Kathleen Shambaugh, Chief Deputy of Operations (Kathleen_Shambaugh@cand.uscourts.gov)
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:   *Edwin Hardeman v. Monsanto Company,* No. 3:16-cv-00525-VC (N.D. Cal.)
       Bill of Costs

Dear Ms. Soong and Ms. Shambaugh,

    I am local counsel in the above-captioned case. I write to request a further accounting of the specific costs allowed and disallowed on the Amended Bill of Costs As Approved (ECF Dkt. No. 366), pursuant to Local Rule 54-4(b). Specifically, can you please identify which of Plaintiff's requested costs, fees, and expenses were disallowed, along with any additional explanation which may allow Plaintiff to supplement or correct his submission?

    Please let me know if there is someone else I should contact with this request, and feel free to contact me with any questions.

Thank you and kind regards,

*/s/ Lori E. Andrus*

Lori E. Andrus

CC:   Kristen Melen (VCCRD@cand.uscourts.gov)
       Brian Stekloff (bstekloff@wilkinsonwalsh.com)

---

155 Montgomery Street · Suite 900 · San Francisco, California 94104
T: 415.986.1400 · F: 415.986.1474 · lori@andrusanderson.com